# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SOODSMA, an individual, | CASE NO.: CV11-9152 SS |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| MESSERLI & KRAMER P.A., a Minnesota corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Based upon the Notice of Settlement and Request for Dismissal filed by the Plaintiff, with good cause appearing, IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed with prejuduce.

IT IS TO ORDERED.

DATED: March 1, 2012

/S/ Suzanne H. Segal
U.S. DISTRICT COURT MAGISTRATE JUDGE

1